Form OBD-113  Order of Dismissal
(Rev. 11-13)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 3:13CR037 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE: THOMAS M. ROSE |
| ) | |
| LASHAWNDA ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Lashawnda Robinson, defendant.

_____
Steven M. Dettelbach
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date: 5-27-14